FILED
 2017 Jul-19  AM 09:50
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **VANDREA ERSKINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 4:16-cv-00157-KOB |
| | ) |
| **C. ROSS MANAGEMENT, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the court is C. Ross' motion for summary judgment. (Doc. 17). For the reasons stated in the opinion filed with this order, the court **DENIES** the motion.

**DONE** and **ORDERED** this 19th day of July, 2017.

_____
 KARON OWEN BOWDRE
 CHIEF UNITED STATES DISTRICT JUDGE